**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kevin LANGSTON, a/k/a Little One, Defendant–Appellant.**

**No. 12–6856.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 2, 2012.

Kevin Langston, Appellant Pro Se. Roderick Charles Young, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Langston appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Langston,* No. 3:03–cr–00394–JRS–26 (E.D.Va. Apr. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*